UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLARY HOGG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARINER FINANCE, LLC, a Maryland limited liability company; KENNY WEST, an individual; JOSEPH KEYS, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01380-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION SUBMITTING THE ACTION TO ARBITRATION AND STAYING THE ACTION PENDING COMPLETION OF ARBITRATION**<br><br>*Filed concurrently with: Joint Stipulation*<br><br>Complaint Filed:　May 18, 2021<br>Trial Date:　　　　None<br>District Judge:　　Hon. Kimberly J. Mueller<br>　　　　　　　　　Courtroom 3, Sacramento<br>Magistrate Judge:　Hon. Jeremy D. Peterson<br>　　　　　　　　　Courtroom 9, Sacramento |

Case No. 2:21-cv-01380-KJM-JDP
ORDER GRANTING JOINT STIPULATION SUBMITTING THE ACTION TO ARBITRATION AND STAYING THE ACTION PENDING COMPLETION OF ARBITRATION

2021 11 24 Hogg Proposed Order

# **ORDER**

Based on the joint stipulation submitted by the parties, the Court orders the following:

1. Plaintiff's claims against all of the named defendants in the above-captioned action shall be submitted to final and binding arbitration pursuant to the Arbitration Agreement;

2. The binding arbitration shall be conducted with JAMS and before Arbitrator John (Jay) McCauley, Esq.;

3. That the Court retains jurisdiction to confirm, correct, or vacate the arbitration award;

4. That all dates pending in this Court for the above-captioned action are hereby vacated, and this action shall be stayed pending completion of the parties' final and binding arbitration.

**IT IS SO ORDERED.**

Dated:  December 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

1   Case No. 2:21-cv-01380-KJM-JDP
ORDER GRANTING JOINT STIPULATION SUBMITTING THE ACTION TO ARBITRATION AND STAYING THE ACTION PENDING COMPLETION OF ARBITRATION

2021 11 24 Hogg
Proposed Order